NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH MATTHEW JONES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. C 05-05448 JF<br><br>ORDER[1] DENYING PETITION FOR REHEARING / RECONSIDERATION / EXTENSION OF TIME / EVIDENTIARY HEARING REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS* AND COURT'S LACK OF JURISDICTION<br><br>[re: docket no. 18] |

    On December 5, 2005, this Court remanded Case No. C 05-01136 JF to the Monterey Superior Court. In that case, Plaintiff Joseph Matthew Jones ("Joseph Jones") sought removal to this Court of Monterey County criminal case no. MS232951A, in which Joseph Jones has been charged with battery with injury on a peace officer, California Penal Code § 243, and resisting, obstructing, or delaying a peace officer, California Penal Code § 148(a)(1).

    On December 30, 2005, Joseph Jones and his mother, Alberta Rose Jones ("Alberta Jones"), filed a "Notice of Second Removal" of Monterey Superior Court criminal case no.

---

[1] This disposition is not designated for publication and may not be cited.

1  MS232951A, "based on information not previously known or disclosed to the Court." However,
2  the Court did not receive any documentation containing the information supporting the new
3  notice of removal. Joseph Jones also filed a motion for leave to proceed *in forma pauperis*, upon
4  which the Court could not rule in the absence of information supporting the notice of removal.
5  On February 8, 2006, the Court issued an order requesting that Plaintiffs submit a written
6  statement describing the new information. On February 27, 2006, the Court issued an order
7  granting Joseph Jones's request for an additional 30 days within which to file the statement. On
8  March 20, 2006, Joseph Jones filed a response to the Court's order of February 27, 2006, in
9  which he made allegations that do not satisfy the requirements for removing a state criminal
10 prosecution to federal court. Accordingly, on March 22, 2006, this Court issued an order denying
11 Joseph Jones's motion for leave to proceed *in forma pauperis*.

12     On April 3, 2006, Joseph Jones filed a Petition for Rehearing / Reconsideration /
13 Extension of Time / Evidentiary Hearing Regarding Motion to Proceed *in Forma Pauperis* and
14 Court's Lack of Jurisdiction. Joseph Jones requests that the Court grant him additional time to
15 file documents showing that this Court does not lack jurisdiction over the removal of his state
16 court criminal proceeding. However, Joseph Jones has had numerous opportunities to present
17 evidence and arguments in support of the removal of his state court criminal proceeding, both in
18 Case No. C 05-01136 JF and in the instant action. Moreover, the instant petition offers no new
19 information or legal arguments that would provide a basis for the Court to reconsider its Order of
20 March 22, 2006 or to hold an evidentiary hearing. Accordingly, it will be denied. If Plaintiffs
21 believe that this Court's ruling is erroneous, they must seek relief in the Court of Appeals; no
22 further motions or requests for reconsideration will be entertained.

23     IT IS SO ORDERED.

25 DATED: May 5, 2006

JEREMY FOGEL
United States District Judge

Case No. C 05-05448 JF
ORDER DENYING PETITION FOR REHEARING / RECONSIDERATION / EXTENSION OF TIME /
EVIDENTIARY HEARING REGARDING MOTION TO PROCEED IN FORMA PAUPERIS AND COURT'S LACK
OF JURISDICTION
(JFLC1)

1  This Order has been served upon the following persons:

2  Joseph Matthew Jones
   1144 Tangerine Way
3  Sunnyvale, CA 94087

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-05448 JF
ORDER DENYING PETITION FOR REHEARING / RECONSIDERATION / EXTENSION OF TIME /
EVIDENTIARY HEARING REGARDING MOTION TO PROCEED IN FORMA PAUPERIS AND COURT'S LACK
OF JURISDICTION
(JFLC1)