**E-Filed 9/18/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH MATTHEW JONES, | Case Number C 05-5448 JF (RS) |
| Plaintiff, | ORDER SETTING DEADLINE FOR PLAINTIFF TO PAY FILING FEE |
| v. | |
| THE STATE OF CALIFORNIA, | |
| Defendant. | |

It has come to the Court's attention that although the Court denied Plaintiff's application to proceed in forma pauperis, Plaintiff has not paid the filing fee in this action. If Plaintiff wishes to continue with this action, he must pay the filing fee on or before October 24, 2008. If Plaintiff does not pay the filing fee by this date, the action will be dismissed without prejudice.

The Case Management Conference remains set on October 24, 2008 at 10:30 a.m.

IT IS SO ORDERED.

DATED: 9/18/08

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:
2
3  Joseph Matthew Jones
4  1144 Tangerine Way
   Sunnyvale, CA 94087
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. C 05-5448 JF (RS)
ORDER SETTING DEADLINE FOR PLAINTIFF TO PAY FILING FEE
(JFLC2)